**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| EDWARD NIEBLAS DUARTE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 1:15-cv-01860-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 16) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff shall file his reply brief on or before October 20, 2016.

IT IS SO ORDERED.

Dated:   **October 11, 2016**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE